IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  06-CR-00179-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NATHAN LARAY HARVEY,

Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

      This matter was before the court for preliminary hearing and detention hearing on July 7, 2006.  The court has taken judicial notice of the court's file and the pretrial services report. The defendant is not contesting detention. The court now being fully informed makes the following findings of fact, conclusions of law and order for detention.

      In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community. The former element must be established by a preponderance of the evidence, while the latter requires proof by clear and convincing evidence.

      If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.

      The Bail Reform Act, 18, U.S.C. § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

      (1)    [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

      (2)    the weight of the evidence against the person;

    (3)    the history and characteristics of the person, including –

        (A)    the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

        (B)    whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

    (4)    the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

In making my findings of fact, I have taken judicial notice of the information set forth in the pretrial investigation report and the entire court file. The defendant is not contesting detention. Lastly, the court has considered the arguments of counsel. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

First, the defendant has been charged in the Indictment with two counts of Possession of a Firearm by a Previously Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

Second, based upon the Indictment, I find that probable cause exists that defendant committed the charged offenses.

Third, I find that the nature of the instant offense involves the possession of a firearm by convicted felon. Defendant does not have stable employment. Defendant has nineteen (19) failures to appear. Defendant has used two alias names, four different dates of birth, and five social security numbers in the past. Defendant has a history of illicit drug use, including use of cocaine while on parole. Defendant does not have an established residence. Defendant has a lengthy juvenile criminal history. Defendant has a conviction for escape. Defendant has a history of poor adjustment to community supervision resulting in two probation violations. Defendant has a lengthy criminal history which includes convictions for first degree burglary, possession of a controlled substance, driving under restraint, theft of property. criminal mischief, and first degree aggravated motor vehicle theft. Moreover, defendant has a history of prior arrests and convictions for contempt of court, failure to appear, fugitive from justice, false reporting, and criminal impersonation. Defendant has one active warrant for his arrest.

Based upon these findings, I conclude, by a clear and convincing evidence that the defendant is a flight risk and a danger to the community and there is no condition or combination of conditions for release that will reasonably assure the appearance of defendant and the safety of the community. Accordingly, I order defendant detained without bond.

    Done this 7th of July 2006.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge