UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00179-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN LARAY HARVEY,

    Defendant.
_____

### ORDER
_____

This matter is before the Court upon review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 14, 2006**, and responses to these motions shall be filed by **Monday, August 28, 2006**. It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, September 5, 2006, at 11:00 a.m.** It is

FURTHER ORDERED that a four-day jury trial is set to commence **Monday, September 11, 2006, at 8:30 a.m.**

Dated: July 10, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge